[No. 43646-5-I.    Division One.    November 8, 1999.]

SIMBURG, KETTER, SHEPPARD & PURDY, L.L.P., *Respondent,*
v. MORTON E. OLSHAN, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 97-2-17782-1, Jeffrey M. Ramsdell, J., entered
October 16, 1998. *Reversed* by unpublished opinion per
Webster, J., concurred in by Coleman and Becker, JJ. Now
published at 97 Wn. App. 901.

[No. 43743-7-I.    Division One.    November 8, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY A.
SABEGH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04110-9, Charles W. Mertel, J., entered
November 20, 1998. *Affirmed* by unpublished opinion per
Kennedy, C.J., concurred in by Webster and Becker, JJ.

[No. 43763-1-I.    Division One.    November 8, 1999.]

ARNOLD C. HANSEN, ET AL., *Appellants,* v. SNOHOMISH
COUNTY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-2-01838-3, John F. Wilson, J.,
entered January 9, 1998. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Coleman and Grosse, JJ.

[No. 44069-1-I.    Division One.    November 8, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. R.W.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-8-07297-2, Michael Trickey, J., entered
January 12, 1999. *Affirmed* by unpublished per curiam
opinion.